Fill in this information to identify the case:

Debtor 1  William J. Valeriano

Debtor 2  Charlotte R. Valeriano
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  18-15297-ELF

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: MTGLQ Investors, LP c/o Rushmore Loan Management Services

Court claim no. (if known): 1

Last 4 digits of any number you use to identify the debtor's account:  8  3  1  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | 4/24/19, 6/18/19 | (4) $ 16.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | 3/28/2019 | (7) $ 16.50 |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: Motions to Postpone sale | 4/24/19, 5/29/19, 7/18/19 | (11) $ 900.00 |
| 12. Other. Specify: | | (12) $ _____ |
| 13. Other. Specify: Praecipe to Postpone sale | 4/16/19, 6/18/19 | (13) $ 200.00 |
| 14. Other. Specify: Mailing Costs | 4/24/19, 5/29/19, 6/18/19 | (14) $ 2.15 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            Notice of Postpetition Mortgage Fees, Expenses, and Charges            page 1

Debtor 1  William J. Valeriano
          First Name   Middle Name   Last Name

Case number (*if known*) 18-15297-ELF

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Danielle Boyle-Ebersole, Esquire
Signature

Date 08/28/2019

Print: Danielle Boyle-Ebersole
       First Name   Middle Name   Last Name

Title: Attorney

Company: Hladik, Onorato & Federman, LLP

Address: 298 Wissahickon Avenue
         Number    Street
         North Wales       PA    19454
         City              State ZIP Code

Contact phone: 215 855 9521

Email: debersole@hoflawgroup.com

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page **2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15297-elf |
| William J Valeriano and Charlotte R Valeriano | : Chapter 13 |
| Debtors | : |
| | |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
| Movant | : |
| vs. | : |
| William J Valeriano and Charlotte R Valeriano | : |
| Debtors/Respondents | : |
| and | : |
| Scott F. Waterman, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I, Danielle Boyle-Ebersole, Esquire, hereby certify that on **8/28/2019** I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Patrick J. Best, Esquire
Via ECF
*Attorney for Debtors*

Scott F. Waterman, Esquire
Via ECF
*Trustee*

William J Valeriano
Charlotte R Valeriano
3349 Montrose Avenue
Laureldale, PA 19605
Via First Class Mail
*Debtors*

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com